Citibank, N.A. v Bailey (2023 NY Slip Op 04900)

Citibank, N.A. v Bailey

2023 NY Slip Op 04900

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023

PRESENT: LINDLEY, J.P., BANNISTER, MONTOUR, AND GREENWOOD, JJ. (Filed Sept. 29, 2023.) 

MOTION NO. (965/22) CA 22-00002.

[*1]CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST VI, PLAINTIFF-RESPONDENT, 
v
ARTHUR BAILEY, AS HEIR TO THE ESTATE OF DAVID B. BAILEY, DEFENDANT-APPELLANT, ET AL., DEFENDANTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.